

Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.



# Public Catalog

Copyright Catalog (1978 to present) at DC4
Search Request: Left Anchored Title = hillside lakes
Search Results: Displaying 1 of 1 entries

### *HILLSIDE LAKES,*

| | |
|---:|:---|
| **Type of Work:** | Dramatic Work and Music; or Choreography |
| **Registration Number / Date:** | PAu004109634 / 2021-11-13 |
| **Application Title:** | HILLSIDE LAKES "THE BIG BREAK" PILOT. |
| **Title:** | HILLSIDE LAKES, "THE BIG BREAK" PILOT. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Marcus P Amick, 1968- , Transfer: By written agreement. Address: 2215 Westmonte Rd., Toledo, OH, 43607, United States. |
| | Amos Arauz, 1988- , Transfer: By written agreement. Address: 4995 Persimmon Hollow Rd, Milton, FL, 32583. |
| | Toya Hankins, Transfer: By written agreement. Address: 3283 Lawrence St., Detroit, MI, 48206, United States. |
| **Date of Creation:** | 2012 |
| **Authorship on Application:** | Marcus P Amick, 1968- ; Citizenship: United States. Authorship: text. |
| **Rights and Permissions:** | Marcus P Amick, 2215 Westmonte Rd, Toledo, OH, 43607, (313) 433-3414, (419) 531-3979, marcusamick@gmail.com |
| **Copyright Note:** | C.O. correspondence. |
| **Names:** | Amick, Marcus P, 1968-<br>Arauz, Amos, 1988-<br>Hankins, Toya |



| Save, Print and Email (Help Page) |
|:---:|
| Select Download Format [Full Record ▾] [Format for Print/Save] |
| Enter your email address: [          ] [Email] |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page