## CONFIDENTIALITY AND NONDISCLOSURE AGREEMENT

**WHEREAS**, Marcus Amick agrees to furnish __Tal Moscovici__ certain confidential information relating to ideas, plans, illustrations, concepts and original content for "Hillside Lakes" animation project for the purposes of identified individual/company to provide services and/or insight related to said project.

**WHEREAS**, __Tal Moscovici__ agrees to review, examine or obtain such confidential information only for the purposes described above, and to otherwise hold such information confidential pursuant to the terms of this Agreement.

**BE IT KNOWN**, that Marcus Amick has or shall furnish to __Tal Moscovici__ certain confidential information and material that will not be shared or discussed with any individuals other than those represented by __Tal Moscovici__; and that __Tal Moscovici__ and all representatives of contracted individual/company agree to the following conditions:

1. (__Tal Moscovici__) will hold confidential or proprietary information ("confidential information") in trust and confidence and agrees that it shall be used only for the contemplated purposes, shall not be used for any other purpose, or disclosed to any third party.

2. No copies will be made, shared or retained of any written, emailed or digital information, or prototypes supplied without the permission of Marcus Amick.

3. At the conclusion of any discussions, or upon demand by Marcus Amick, all confidential information, ideas, plans, products, concepts and original content or related items taken shall be returned to Marcus Amick or immediately discarded.

4. Confidential information shall not be disclosed to any employee or consultant unless they agree to execute and be bound by the terms of this Agreement, and have been approved by Marcus Amick either verbally or with written consent.

5. This Agreement and its validity, construction and effect shall be governed by the laws of the State of California and by the laws of the United States.

**AGREED AND ACCEPTED BY:**

Signature below shall constitute this as a binding agreement.

**Date:** 8/12/13                                **Date:** 8/12/13

**Signature:** *M. Amick*                        **Signature:** *[signature]*

**Name:** Marcus Amick                           **Name:** Tal Moscovici